# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **INITIAL APPEARANCE** |
| **KYLE W. NEWTON** | CASE NUMBER 09-M-657 |

HONORABLE JAMES R. SICKEL, presiding  Tape No.: 113009

Deputy Clerk: Terri  Hearing Began: 4:05 p.m.

Hearing Held: November 30, 2009  Hearing Ended: 4:11 p.m.

**Appearances:**

UNITED STATES OF AMERICA by:  William J. Roach

KYLE W. NEWTON, in person, and by:  Krista A. Halla-Valdes

U.S. PROBATION OFFICE by:  ☐ Mitch Farra  ☒ Amy Kosmoski

INTERPRETER:  ☒ None  ☐ Sworn

☒ Defendant advised of rights  ☒ Defendant advised of maximum penalties

☐ Copy of ☒ complaint ☐ petition received by defendant  Maximum Penalties:
☒ document read; ☐ Defendant waives reading  10 yrs, 5 yrs SR, $50,000 fine, $100 SA

☐ Defendant waives:  ☐ Preliminary Hearing:  ☐ Identity Hearing:
☒ Court sets:  ☒ Preliminary Hearing: 12/10/2009 at 2:00 p.m.  ☐ Identity Hearing:

☐ Detention hearing held.
☐ Defendant is released on:  ☐ O/R bond;  ☐ Cash bond;  ☐ Property Bond;  ☐ with conditions. SEE Order Setting Conditions of Release.
☐ Defendant is ordered detained pending trial. SEE Order of Detention Pending Trial.
☒ Court orders federal detainer.
☐ Defendant is ordered temporarily detained. Detention Hearing set for:_____
☐ Bond continued; or  ☐ Detention continued  as previously set.

Court appoints counsel to represent defendant. The defendant is under supervision of the WI DOC and has an active warrant for a probation violation. The defendant will be turned over to the state to resolve this issue and the court will order a federal detainer.